AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>FAIRCHILD, THOMAS E | 2. Court or Organization<br><br>US COURT OF APPEALS 7TH CIR. | 3. Date of Report<br><br>03/27/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE, SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>560 UNITED STATES COURTHOUSE<br>120 NORTH HENRY STREET<br>MADISON, WISCONSIN 53703 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Personal representative (Executor) | Estate █████████████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | None, except for statutory retirement benefits as a retired employee of the State of Wisconsin, disclosed under III |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Pension-State of WI, Dept. of Employee Trust Funds | $ $9,230.10 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAIRCHILD, THOMAS E | 03/27/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

X    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAIRCHILD, THOMAS E | 03/27/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&I Bank of Southern Wisconsin* | A | Interest | L | T | | | | | |
| 2. Farm Enterprise, OR. 8/27/79 $138,526* / fn1 | D | Rent | M | R | | | | | |
| 3. Addition to Farm, Adjoining Land 8/1/91 $82,000 * | | | L | R | | | | | |
| 4. Addition to Farm House '83-98, cost $82,428* | | | L | R | | | | | |
| 5. Pipeline and Other Improvements* | | | J | W | | | | | |
| 6. Share of Personal Property* | | | J | W | | | | | |
| 7. Calves* | | | | | Sell | 01/25 | J | | Cook Livestock |
| 8. Cows* | | | | | Buy | 02/04 | J | | Cook Livestock |
| 9. Calves* | | | | | Sell | 05/16 | J | | Cook Livestock |
| 10. Cows* | | | | | Buy | 09/01 | J | | Intermountain Livestock |
| 11. Community Bank* | A | Interest | J | T | | | | | |
| 12. Mass. Mutual Life Ins. Cash Value Policies* | A | Dividend | K | T | | | | | |
| 13. National Life - Cash Value Policy* | A | Dividend | J | T | | | | | |
| 14. Northwestern Mutual Life Cash Value Policies* | B | Dividend | K | T | Buy | 06/14 | J | | NML Co. |
| 15. New York LIfe - Cash Value Policy* | B | Dividend | K | T | Buy | 02/17 | J | | New York Life |
| 16. MetLife Moneymarket* | A | Interest | J | T | Deposit | 12/16 | | | FEGLI |
| 17. Univ. of WI Credit Union Checking and Investor's MM Accts+ | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAIRCHILD, THOMAS E | 03/27/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div.,rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 1/2 share, farm Blue Mounds, WI 12/17/80 $49,500+/fn2 | C | Rent | K | R | | | | | |
| 19. 1/2 share addition 8/19/91 $13,500+ | | | J | R | | | | | |
| 20. Undivided 1/5 Share of Farmland, Lowell, IN+ | B | Rent | M | W | | | | | |
| 21. Sarasota County Bond+ | A | Interest | J | T | | | | | |
| 22. Strong Money Mkt. Fund, Milwaukee+ | A | Dividend | | | Closed | 07/01 | J | | |
| 23. MFS Muni Bond Fund Shares+ | A | Dividend | J | T | | | | | |
| 24. Illinois Health Fac. Bond - Fairview+ | A | Interest | J | T | | | | | |
| 25. Baron Asset Fund+ | B | Dividend | K | T | | | | | |
| 26. Harbor Capital App. Fund+ | A | Dividend | K | T | | | | | |
| 27. Strong Opportunity Fund+ (See no. 48) | | None | | | Transfer/fn3 | 04/11 | K | | Wells Fargo Advantage Fund |
| 28. Strong Growth Fund+ (See no. 48) | | None | | | Transfer/fn3 | 04/11 | K | | Wells Fargo Advantage Fund |
| 29. Vanguard Index Fund+ | A | Dividend | K | T | | | | | |
| 30. Credit Suisse International Focus+ | A | Dividend | J | T | | | | | |
| 31. Artisan Funds - Intnl.+ | A | Dividend | K | T | | | | | |
| 32. Illinois Health Facilities - Beacon Bond+ | A | Interest | J | T | | | | | |
| 33. Wauwatosa RDA Bond+ | A | Interest | J | T | | | | | |
| 34. Carlton Cove Bond, Huntsville, AL+ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAIRCIIILD, THOMAS E | 03/27/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chartiers Valley, PA Bond+ | A | Interest | J | T | Part Redeem | 12/01 | | | Issuer |
| 36. III. HFA Chestnut Square Glen Bond+ | A | Interest | J | T | | | | | |
| 37. Wis. HEFA United Bond+ | A | Interest | J | T | | | | | |
| 38. Onalaska CDA Bond+ | A | Interest | J | T | | | | | |
| 39. Piper Jaffray Money Market+ | A | Dividend | | | Transfer | 07/30 | J | | B.C. Ziegler |
| 40. Fulton County, GA Residential Care Bond+ | A | Interest | J | T | | | | | |
| 41. Godfrey, IL United Methodist Bond+ | A | Interest | J | T | | | | | |
| 42. Park Bank Accounts+/fn4 | C | Interest | M | T | | | | | |
| 43. North Track Cash Reserve+ | A | Dividend | J | T | Deposit | 07/30 | J | | B.C. Ziegler |
| 44. Baptist Home of Philadelphia, Bond+ | A | Interest | J | T | Buy | 09/22 | J | | B.C. Ziegler |
| 45. Westmorland County, PA Bond+ | A | Interest | J | T | Buy | 06/21 | J | | B.C. Ziegler |
| 46. Westmorland County, PA Bond+ | A | | | | Redeemed | 11/15 | J | | Issuer |
| 47. Zion Dominion Church Bond+ | | None | J | T | Buy | 08/30 | J | | B.C. Ziegler |
| 48. Wells Fargo Advantage Funds+ | A | Dividend | K | T | Transfer/fn5 | 04/11 | K | | Strong Funds |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAIRCHILD, THOMAS E | 03/27/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(Explanation for Part VII. Investments and Trusts Footnotes)

██████████ died 10/30/2005. I am Executor, but her assets will be distributed among our ████████, and I have no beneficial interest in any of those assets. It seemed more convenient to list her assets separately from mine. Mine are listed in lines 1 to 16, and her in lines 17 to 48.

\*    All the listed assets are mine.

\+    All the assets so listed were ██████████ died 10/30/2005, and I have no beneficial interest in any of them.

fn1    Line 2: Income applies to lines 2 to 10.

fn2    Line 18: Rent includes lines 18 and 19.

fn3    Line 27: What is referred to as "Merger Confirmation April 1, 2005 through April 11, 2005" states in part, "This documnet confirms that your Strong Fund assets were moved to a Wells Fargo Advantage Funds account."

Line 28: What is referred to as "Merger Confirmation April 1, 2005 through April 11, 2005" states in part, "This document confirms that your Strong Fund assets were moved to a Wells Fargo Advantage Funds account."

fn4    Line 42: These deposts were made payable on death to our ████████ and are not part of her estate. No child is dependent.

fn5    Line 48: What is referred to as "Merger Confirmation April 1, 2005 through April 11, 2005" states in part, "This document confirms that your Strong Fund assets were moved to a Wells Fargo Advantage Funds account."

| Name of Person Reporting | Date of Report |
|---|---|
| FAIRCHILD, THOMAS E | 03/27/2006 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu                   Date  **04/05/06**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544